JS-6

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

MICHAEL MORRISON,                     ) NO. CV 15-00635-CAS (MAN)
               Petitioner,        )
       v.                             ) JUDGMENT
THE STATE OF CALIFORNIA,              )
               Respondent.        )
_____)

    Pursuant to the Court's Order: Dismissing Petition For Writ Of Habeas Corpus Without Prejudice; And Denying Certificate Of Appealability,

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 30, 2015

_____
      CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE